RECEIVED
NOV - 1 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELLA M. BROWN | CIVIL ACTION NO. 10-cv-0005 |
| VERSUS | JUDGE DEE D. DRELL |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the finding that Brown is not disabled be REVERSED and the matter be REMANDED for further proceedings consistent with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30 day of October, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE